## CRAIG & WALL v. PLUMMER.

No. 11015—Opinion Filed Oct. 23, 1923.

**Appeal and Error — Affirmance — Judgment on Supersedeas Bond.**

Where the plaintiff in error causes supersedeas bond to be approved and filed in a cause on appeal to this court, and the judgment of the lower court is affirmed

on motion of the appellee, judgment will be entered in this court against the sureties on the bond.

(Syllabus by Stephenson, C.)

Commissioners' Opinion, Division No. 4.

Error from District Court, Major County: James B. Cullison, Judge.

Action by L. Plummer against sureties on supersedeas bond filed in proceedings for appeal in the case of Craig & Wall v. Plummer for judgment against the sureties on bond. Motion sustained.

John V. Roberts, for plaintiff in error.

C. B. Wood and Swindall & Wybrant, for defendant in error.

Opinion by STEPHENSON, C. Heretofore L. Plummer recovered judgment in the district court of Major county, in a cross-action against Craig & Wall, a partnership, for the principal sum of $770, and the costs of the action. Craig & Wall perfected this appeal from said judgment to this court. The plaintiffs in error caused supersedeas bond to be approved and filed in the cause about the 11th day of September, 1919, in the principal sum of $1,540 with J. B. Hays and C. C. Seese, as sureties. The judgment of the trial court was affirmed on appeal by this court. The defendant in error has filed his motion, with copy of the supersedeas bond thereto attached, praying judgment against the sureties, which is allowed. Judgment is therefore entered in this court against L. B. Hays and C. E. Seese, as sureties on the supersedeas bond in the principal sum of $770, with interest thereon at the rate of six per cent. per annum, from the date of judgment rendered in the trial court, and costs, for which execution may issue.

By the Court: It is so ordered.